IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00938-LTB-MJW

KOSMEDIX, INC.,

Plaintiff,

v.

ALLERGAN, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Compel (docket no. 56) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1 A. Moreover, the motion is also DENIED WITHOUT PREJUDICE on the grounds that the discovery being requested in the subject motion is being delivered to Plaintiff on August 9, 2007 via overnight mail.

Date: February 12, 2007