IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00938-LTB-MJW

KOSMEDIX, INC.,

Plaintiff,

v.

ALLERGAN, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Notice of Withdrawal of Second Motion to Compel (Docket No. 68) is approved, and thus the Plaintiff's Second Motion to Compel (Docket No. 62) and the Plaintiff's Amended Second Motion to Compel (Docket No. 63) are deemed withdrawn.

Date: March 12, 2007