**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 06-cv-00938-LTB-MJW

KOSMEDIX, INC., a Texas corporation,

      Plaintiff,

v.

ALLERGAN, INC., a Delaware corporation,
INAMED LLC, a Delaware limited liability company; and
LABORATORIES D'ESTHETIQUE APPLIQUEE CORPORATION, a French corporation,

      Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal (Doc 114 - filed October 4, 2007), the Court being fully advised in the premises,

IT IS ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: October 17, 2007